## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Arrene Chapman aka Arrene Downey aka Arrene Perry<br>　　　　　　Debtor | CHAPTER 13 |
| U.S. BANK OF NATIONAL ASSOCIATION, (Trustee for the Pennsylvania Housing Finance Agency, pursuant to a Trust Indenture dated as of April 1, 1982)<br>　　　　　　Movant<br>　　vs. | NO. 13-12964 JKF |
| Arrene Chapman aka Arrene Downey aka Arrene Perry<br>　　　　　　Debtor | 11 U.S.C. Sections 362 and 1301 |
| William C. Miller Esq.<br>　　　　　　Trustee | |

## ORDER

AND NOW, this 15th day of February, 2017 at Philadelphia, upon failure of Debtor and the Trustee to file and Answer or otherwise plead, it is:

ORDERED THAT: The Motion for Relief from the Automatic Stay is granted and the Automatic Stay as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Section 362, is modified with respect to the subject premises located at 259 Rosemar Street, Philadelphia, PA 19120 ("Property), as to Movant, its successors or assignees.

_____
United States Bankruptcy Judge.

Arrene Chapman aka Arrene Downey aka Arrene Perry
202 Peace Street
Oxford, NC 27565

Georgette Miller Esq.
335 Evesham Avenue (VIA ECF)
Lawnside, NJ 08045

William C. Miller Esq.
111 S. Independence Mall (VIA ECF)
Suite 583
Philadelphia, PA 19106

KML Law Group, P.C.
Suite 5000 – BNY Mellon Independence Center
701 Market Street
Philadelphia, PA 19106-1532