# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

    Chapter 13

    Bankruptcy No. 13-12964-JKF

ARRENE CHAPMAN

101 WINNERS CIRCLE

CARY, NC 27511-

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

ARRENE CHAPMAN

101 WINNERS CIRCLE

CARY, NC 27511-

Counsel for debtor(s), by electronic notice only.

GEORGETTE MILLER
335 EVESHAM AV

LAWNSIDE, NJ 08045-

Date: 2/17/2017

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee