United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 13-12964-jkf
Arrene Chapman                                                            Chapter 13
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2        User: ChrissyW              Page 1 of 2              Date Rcvd: Jun 29, 2017
                            Form ID: pdf900             Total Noticed: 45

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 01, 2017.
```
db           +Arrene Chapman,    101 Winners Circle,    Cary, NC 27511-5374
cr          ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
               (address filed with court: Toyota Motor Credit Corporation,     19001 South Western Avenue,
               PO Box 2958,    Torrance, CA  90509-2958)
13012707     +Aes/Clearview Fcu,    Po Box 2461,    Harrisburg, PA 17105-2461
13012709    ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: Bank Of America,     Po Box 982235,    El Paso, TX 79998)
13012710     +Citadel Credit Union,    Po Box 147,    Thorndale, PA 19372-0147
13012712     +Citibank,   Po Box 22828,    Rochester, NY 14692-2828
13017744     +Citibank N.A.,    c/o Citibank (South Dakota), N.A.,    ATTN: Claims Dept. MC 2235,
               701 E 60th Street North,    Sioux Falls, SD 57104-0432
13012714     +Comenity Bank/Lnbryant,    4590 E Broad St,    Columbus, OH 43213-1301
13023968     +Department Stores National Bank/Macys,    Bankruptcy Processing,    Po Box 8053,
               Mason, OH 45040-8053
13106040      ECMC,   P.O. Box 16408,    St. Paul, MN 55116-0408
13051128      FIA CARD SERVICES, N.A.,    4161 Piedmont Parkway,    NC4 105 03 14,    Greensboro, NC 27410
13237317     +Law Offices of Georgette Miller and Associates,     335 Evesham Avenue,
               Lawnside, N.J. 08045-1661
13012717     +Mcydsnb,   9111 Duke Blvd,    Mason, OH 45040-8999
13012720     +PGW,   800 W. Montgomery Ave,    Philadelphia, PA 19122-2806
13041801     +PHEAA,   PO BOX 8147,    HARRISBURG, PA 17105-8147
13043425     +PHEAA,   PO Box 1463,    Harrisburg, PA 17105-1463
13012719     +Peco,   PO Box 13439,    Philadelphia, PA 19101-3439
13709118      TOYOTA LEASE TRUST,    C/O BECKET AND LEE LLP,    PO BOX 3001,    MALVERN, PA 19355-0701
13012722     +Toyota Motor Credit Co,    240 Gibraltar Rd Ste 260,    Horsham, PA 19044-2387
13025684      Toyota Motor Credit Corporation (TMCC),    PO BOX 8026,    Cedar Rapids, Iowa 52408-8026
13639590     +U.S. Bank of N.A.,    c/o Andrew F. Gornall, Esq.,    KML Law Group P.C.,
               701 Market St., Ste. 5000,    Phila., PA 19106-1541
13043424     +USA FUNDS MC E2148,    Attn: Deposit Operations,    P.O. Box 6180,    Indianapolis, IN 46206-6180
13033692      United States Department of Education,    Claims Filing Unit,    P O Box 8973,
               Madison, WI  53708-8973
13012723     +Us Dept Of Ed/Glelsi,    Po Box 7860,    Madison, WI 53707-7860
13012724     +Water Revenue Bureau,    1401 JFK Boulevard,    Philadelphia, PA 19102-1663
13012725     +Wfds/Wds,   Po Box 1697,    Winterville, NC 28590-1697
13012726     +Xerox Soluti,    Pob 41818,    Philadelphia, PA 19101-1818
13012727     +Xfinity / Comcast,    11400 Northeast Ave.,    Philadelphia, PA 19116-3445
13082317      eCAST Settlement Corporation,    POB 29262,    New York, NY 10087-9262
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg           E-mail/Text: bankruptcy@phila.gov Jun 30 2017 01:21:55     City of Philadelphia,
               City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
               Philadelphia, PA  19102-1595
smg           E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 30 2017 01:21:25
               Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
               Harrisburg, PA  17128-0946
smg          +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jun 30 2017 01:21:43      U.S. Attorney Office,
               c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13012708     +E-mail/Text: broman@amhfcu.org Jun 30 2017 01:21:31     American Heritage FCU,
               2060 Red Lion Road,    Philadelphia, PA 19115-1699
13012711     +E-mail/Text: bankruptcycollections@citadelbanking.com Jun 30 2017 01:21:58
               Citadel Federal Cred U,    Po Box 147,    Thorndale, PA 19372-0147
13123604     +E-mail/Text: bankruptcy@phila.gov Jun 30 2017 01:21:55     City of Philadelphia, Law Department - Tax Unit,    Bankruptcy Group, MSB,
               1401 John F. Kennedy Blvd., 5th Floor,    Philadelphia, PA 19102-1640
13012713     +E-mail/Text: bankruptcy@clearviewfcu.org Jun 30 2017 01:21:28     Clearview FCU,
               8805 University Blvd,    Coraopolis, PA 15108-4212
13012715     +E-mail/Text: bk@concordservicing.com Jun 30 2017 01:21:10     Concord Servicing Corp.,
               P.O. BOX 29352,    Phoenix, AZ 85038-9352
13012716     +E-mail/PDF: gecsedi@recoverycorp.com Jun 30 2017 01:16:29      Gecrb/Lord & Tay,    Po Box 965015,
               Orlando, FL 32896-5015
13102552      E-mail/Text: JCAP_BNC_Notices@jcap.com Jun 30 2017 01:21:37     Jefferson Capital Systems LLC,
               PO BOX 7999,    SAINT CLOUD MN 56302-9617
13103755      E-mail/Text: JCAP_BNC_Notices@jcap.com Jun 30 2017 01:21:37     Jefferson Capital Systems, LLC,
               PO BOX 953185,    ST LOUIS, MO 63195-3185
13096966      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 30 2017 01:22:12
               Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
13012718     +E-mail/Text: blegal@phfa.org Jun 30 2017 01:21:30     Pa Housing Finance Age,    211 N Front St,
               Harrisburg, PA 17101-1406
13072119      E-mail/Text: bnc-quantum@quantum3group.com Jun 30 2017 01:21:12
               Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,    Kirkland, WA  98083-0788
13012721     +E-mail/PDF: pa_dc_claims@navient.com Jun 30 2017 01:22:08      Sallie Mae,    Po Box 9500,
               Wilkes Barre, PA 18773-9500
```

```
District/off: 0313-2          User: ChrissyW              Page 2 of 2                   Date Rcvd: Jun 29, 2017
                              Form ID: pdf900             Total Noticed: 45
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
13041380         E-mail/PDF: pa_dc_litigation@navient.com Jun 30 2017 01:16:38
                   Sallie Mae Inc. on behalf of USAF,   Attn: Bankruptcy Litigation Unit E3149,   P.O. Box 9430,
                   Wilkes-Barre, PA 18773-9430
                                                                                              TOTAL: 16

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,   CEDAR RAPIDS IA 52408-8026
                 (address filed with court: Toyota Motor Credit Corporation,   19001 South Western Avenue,
                 P.O. Box 2958,   Torrance, CA 90509-2958)
                                                                                              TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 01, 2017                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 29, 2017 at the address(es) listed below:
```
              ANDREW F GORNALL    on behalf of Creditor    U.S. BANK OF NATIONAL ASSOCIATION, Et Al...
               agornall@kmllawgroup.com,    bkgroup@kmllawgroup.com
              BRIAN CRAIG NICHOLAS    on behalf of Creditor    U.S. BANK OF NATIONAL ASSOCIATION, Et Al...
               bnicholas@kmllawgroup.com,    bkgroup@kmllawgroup.com
              GEORGETTE  MILLER    on behalf of Debtor Arrene  Chapman info@georgettemillerlaw.com,
               georgettemillerlaw@gmail.com;mlee@georgettemillerlaw.com;gmecfmail@gmail.com;cfink@georgettemille
               rlaw.com;r50524@notify.bestcase.com
              LEON P. HALLER    on behalf of Creditor    Pennsylvania Housing Finance Agency lhaller@pkh.com,
               dmaurer@pkh.com
              LEON P. HALLER    on behalf of Creditor    U.S. BANK OF NATIONAL ASSOCIATION, Et Al...
               lhaller@pkh.com,    dmaurer@pkh.com
              THOMAS I. PULEO    on behalf of Creditor    U.S. BANK OF NATIONAL ASSOCIATION, Et Al...
               tpuleo@kmllawgroup.com,    bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
              WILLIAM EDWARD CRAIG    on behalf of Creditor    Toyota Motor Credit Corporation
               ecfmail@mortoncraig.com,    mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                              TOTAL: 9
```

**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| ARRENE CHAPMAN | Chapter 13 |
| Debtor | Bankruptcy No. 13-12964-JKF |

### Order Dismissing Chapter 13 Case and
### Directing Counsel to File Master Mailing List

     **AND NOW**, this _____ day of _____, 201_, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

     **ORDERED**, that any wage orders are hereby vacated.

_____
Jean K. FitzSimon
Bankruptcy Judge

**Date: June 29, 2017**

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
GEORGETTE MILLER
335 EVESHAM AV

LAWNSIDE, NJ 08045-

Debtor:
ARRENE CHAPMAN

101 WINNERS CIRCLE

CARY, NC 27511-